# UNITED STATES BANKRUPTCY COURT
for the
District of New Jersey

IN RE:

**BENJAMIN JEFFERY ASHMORE,**

Debtor.,

70 Alder Drive
Ramsey, N.J. 07446
Last four digits of Social Security No.: 0867

Case No.: 13-17450-MS

Chapter 7 Proceeding

FILED
JAMES J. WALDRON, CLERK
MAY 28 2013
U.S. BANKRUPTCY COURT
NEWARK, N.J.
BY _____ DEPUTY

## CERTIFICATION IN SUPPORT OF DEBTOR'S NOTICE OF OBJECTION TO MOTION TO EXTEND DEADLINE FOR THE INTERIM TRUSTEE AND U.S. TRUSTEE TO FILE A COMPLAINT OBJECTING TO DISCHARGE OF THE DEBTOR TO DECEMBER 31, 2013

**BENJAMIN J. ASHMORE,** of full age, does hereby certify as follows:

1.  I am the debtor in this action, having filed a Chapter 7 bankruptcy petition in this Court on April 8, 2013.

2.  On May 13, 2013, I appeared before Barbara Edwards as required for the §341(a) hearing and produced the documents requested pursuant to the May 4, 2013 correspondence sent to me and annexed hereto at Exhibit A.

3.  Although I provided copy of my social security card with my petition, and the §341(a) hearing documents mailed to me did not identify that original of my social security card needed to be produced at said hearing, the hearing was adjourned. *See Edwards Cert. ¶2 and Exhibit A annexed hereto.*

1

4.  As the Interim Trustee correctly notes (*at ¶3*), at the direction of the Clerk of this Court and immediately after the hearing was adjourned, I informed the Interim Trustee of several dates where depositions had been scheduled in an extant matter requiring my attendance. Please see Exhibit B annexed hereto.

5.  At present, I am available to appear at the rescheduled §341(a) hearing on June 25, 2013. The depositions in this extant matter previously identified and scheduled for June 25-26, 2013 in Cleveland have been moved to New York City the week of June 6-10.

6.  As to enlarged time for a rescheduled §341(a) hearing and to properly investigate this matter, I bring to this Court's attention that this is a fairly straightforward bankruptcy without any non-exempt assets and debts in three categories arising out of a simultaneous divorce and job loss that have stripped me of all assets.

7.  The first category of debts are a series of revolving credit card debts obtained in my name at the onset of my divorce and custody proceedings by my ex-wife without my consent or knowledge. This occured around her unlawful absconding with our children to Michigan.

8.  Although a number of these creditors did bring court actions against me for collection, which I have defeated each time in New York and New Jersey courts, I have been unsuccessful in removing myself as the debtor with these institutions. A sampling of these orders are annexed hereto at Exhibit C.

9.  The second category of debts pertains to a judgment against me for counsel fees (*not my attorneys*) and various expert fees from two custody trials held in 2008 and 2010. These debts do not include exempt spousal / child support judgments. Please see Exhibit D annexed hereto.[1]

---

[1] At present, my custody and matrimonial proceeding in New York remain unresolved pursuant to a Summary Order of the U.S. Court of Appeals for the Second Circuit and ongoing proceedings in both the New York Supreme Court and Eastern District Court.

2

10. The third category of debts involves one creditor concerning a car lease. This debt arose after loss of my employment.

11. I respectfully submit to the Court that a five and a half month enlargement request for a one month adjournment of the §341(a) hearing at this juncture, in such a simple and straightforward proceeding, is premature and unwarranted.

12. The impact of these debts have been tremendous and a crushing weight on my ability to move forward. Delaying this matter for so long only prolongs resolution and as such, I wish to resolve this matter as quickly as possible.

13. For the reasons contained herein, I respectfully request that the Motion filed by Barbara Edwards be denied.

I hereby declare pursuant to U.S. Civil Statute 28 U.S.C. §1746, under penalty of perjury, that the facts presented in the foregoing are true and correct.

Dated:  Ramsey, New York
        May 23, 2013

By: _____
    Benjamin J. Ashmore, Sr.
    70 Alder Drive
    Ramsey, New Jersey 07446
    (917) 608-7455