# MUSCARELLA, BOCHET, EDWARDS & D'ALESSANDRO

A Professional Corporation
Counsellors At Law

WILLIAM C. BOCHET*
BARBARA ANNE EDWARDS
JAMES P. D'ALESSANDRO**

———————————————

MICHAEL J. MUSCARELLA (1913-2010)

* CERTIFIED BY THE
SUPREME COURT
OF NEW JERSEY AS A
CIVIL TRIAL ATTORNEY

** NEW YORK BAR

10-04 River Road
Fair Lawn, New Jersey 07410

(201) 796-3100
Fax (201) 791-0350

May 31, 2013

Honorable Morris Stern
United States Bankruptcy Court
P.O. Box 1352
Newark, NJ  07101-1352

        Re:  Benjamin J. Ashmore, Debtor
             Ch. 7; Case No. 13-17450-MS
             Trustee's Notice of Motion
             to Extend Deadline for the Interim
             Trustee and U.S. Trustee to File a
             Complaint Objecting to Discharge
             Return Date:  June 17, 2013

Dear Judge Stern:

Please be advised that this office represents Trustee Barbra A. Edwards in the above matter.  The original 341(a) hearing set for May 13, 2013 was adjourned because the debtor failed to provide proof of his Social Security Number at the hearing.  The 341(a) hearing has now been rescheduled for June 25, 2013.

The debtor initially indicated that he would be unavailable on June 25, 2013, however, in the opposition filed to this Motion, it appears that the debtor will be available for a hearing on that date.  The deadline to file a Complaint objecting to discharge or to determine the dischargeability of certain debts is July 12, 2013.

Under the circumstances, it is the position of the Trustee that, should the debtor attend the 341(a) hearing on June 25, 2013, it would be reasonable to extend the deadline to September 23, 2013, and in the event that the debtor fails to appear at the next scheduled hearing date, that the deadline be extended to December 31, 2013 to allow sufficient time for the Trustee to arrange another hearing date with the pro se' debtor.

Respectfully submitted,

*/s/ James P. D'Alessandro*

JAMES P. D'ALESSANDRO,
For the Firm

JPD:md

```
   TO:  United States Bankruptcy Court
 DATE:  May 31, 2013
        Page Two


 CC:   Mr. Benjamin Jeffrey Ashmore
       70 Adler Drive
       Ramsey, NJ   07446
```