**BENJAMIN J. ASHMORE, SR.**
70 Alder Drive
Ramsey, N.J. 07446
Tel. (917) 608-7455
*pro se* Debtor

---

## UNITED STATES BANKRUPTCY COURT
### for the
### District of New Jersey

| | |
|---|---|
| IN RE: ) | |
| ) | |
| **BENJAMIN JEFFERY ASHMORE,** ) | Case No.: 13-17450-MS |
| ) | |
| Debtor., ) | Chapter 7 Proceeding |
| ) | |
| 70 Alder Drive ) | |
| Ramsey, N.J. 07446 ) | |
| Last four digits of Social Security No.: 0867 ) | |
| ) | |

### NOTICE OF MOTION TO DISMISS THE PETITION

| | |
|---|---|
| **Return Date:** | **July 23, 2013, Noon O'clock.** |
| **Before:** | **Honorable Morris Stern** |
| | **King Federal Building** |
| | **50 Walnut Street** |
| | **Newark, N.J.** |
| **Oral Argument:** | **Request waived unless appearance required** |

Debtor, Benjamin Jeffery Ashmore, has filed papers with the Court seeking dismissal of the within bankruptcy petition.

<u>**Your rights may be affected.**</u> **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.**

If you do not want the court to dismiss the petition, or if you want the court to consider your views on the motion, then on or before seven days prior to the schedule hearing, you or your attorney must file with the Court a written response or answer explaining your position, and mail a copy to the Debtor at the address above.

If you mail your response to the Court for filing, you must mail it early enough so the Court will receive it by the date state above.

HEARING SCHEDULED TO BE HELD BEFORE: Honorable Morris Stern
DATE: July 23, 2013
TIME: Noon
PLACE: King Federal Building
50 Walnut Street, Newark NJ

Pursuant to D.N.J. LBR 4001-1(d) et seq, appearances are not required by the Court.

Pursuant to D.N.J. LBR 9013-(d) et seq, if you wish to contest the within motion, you must file with the Office of the Clerk of the Bankruptcy Court responding papers stating with particularity the basis of your opposition to the within motion. A copy of the proposed Order which is sought is also enclosed with this motion.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion and may enter an Order for the relief sought.

Statement of Non-necessity of Brief: The movant certifies pursuant to D.N.J. LBR 9013-2 that the within motion involves common questions of law and fact and does not involve complex or novel issues such as to require the submission of a legal brief.

Dated: Ramsey, N.J.
June 19, 2013

By: _____
Benjamin J. Ashmore
Debtor