```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY


PAUL J. FISHMAN
United States Attorney
District of New Jersey
By: ROBERT MOPSICK
Special Assistant U.S. Attorney
RM1580
One Newark Center, Suite 1500
Newark, NJ 07102-5224
Tel: (973)645-2627
```

Case No. 13-17450 (MS)

Chapter 7

In Re:

Judge: Stern

BENJAMIN JEFFREY ASHMORE,

    Debtor.

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

PLEASE TAKE NOTICE that Paul J. Fishman, United States Attorney for the District of New Jersey, and Robert Mopsick, Special Assistant United States Attorney, hereby file their appearance on behalf of the United States for its agency the Internal Revenue Service in the above-entitled case.

Pursuant to Fed. R. Bankr. P. 2002(g), the undersigned hereby requests that copies of any and all notices required to be mailed to all creditors under the aforesaid rule shall be mailed to Robert Mopsick, Special Assistant United States Attorney, at One Newark Center, Suite 1500, Newark, New Jersey 07102-5224.

2

The undersigned attorney additionally requests that the debtor and clerk of the court add the undersigned name and address to any mailing matrix or list of creditors to be prepared or in existence in the above-entitled and numbered case.

        PAUL J. FISHMAN
        United States Attorney
        District of New Jersey

By:  /s/ Robert Mopsick
     ROBERT MOPSICK
     Special Assistant
     United States Attorney
     One Newark Center, Suite 1500
     Newark, NJ 07102-5224