```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY


PAUL J. FISHMAN
United States Attorney
District of New Jersey
By: ROBERT MOPSICK
Special Assistant U.S. Attorney
RM1580
One Newark Center, Suite 1500
Newark, NJ 07102-5224
Tel: (973)645-2627
```

Case No. 13-17450 (MS)

Chapter 7

In Re:

Judge: Stern

BENJAMIN JEFFREY ASHMORE,

    Debtor.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the Notice of Appearance and Request for Notices has been properly served on August 26, 2013 by having copies mailed, United States mail, postage prepaid, to the following;

Benjamin Jeffrey Ashmore　　　　Barbara Edwards
70 Alder Drive　　　　　　　　　10-04 River Road
Ramsey, New Jersey  07446　　　Fair Lawn, New Jersey  07410

                             PAUL J. FISHMAN
                             United States Attorney
                             District of New Jersey

                    By:  /s/ Robert Mopsick
                          ROBERT MOPSICK
                          Special Assistant
                          United States Attorney
                          One Newark Center, Suite 1500
                          Newark, NJ 07102-5224