October 22, 2015

By ECF
Hon. Vincent F. Papalia, U.S.B.J.
United States Bankruptcy Court
50 Walnut Street, Courtroom 3B
Newark, NJ 07102

Re:   In Re:  Benjamin Jeffrey Ashmore, Sr.
      Case No. 13-17450-VFP

Dear Judge Papalia:

This firm represents former Chapter 7 debtor, Benjamin Jeffrey Ashmore, Sr. ("former Debtor"). We are writing to confirm that the Court granted an adjournment of the motion to reopen the Chapter 7 case filed by former Chapter 7 Trustee, Barbara Edwards, from October 27, 2015 at 10:00 a.m. to the new date for hearing of November 10, 2015 at 10:00 a.m.  We thank the Court for its attention to this matter.

Respectfully submitted,

/s/ Patricia A. Staiano

Patricia A. Staiano

PAS:jlr

cc:   Michael Holt, Esq. (by Email)
      Robert Herbst, Esq. (by Email)
      Benjamin J. Ashmore, Sr. (by Email)

48655