UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT ELIADES & YOUNGMAN LLC
80 Route 4 East, Suite 290
Paramus, NJ 07652
(201) 845-1000
Michael E. Holt, Esq.
mholt@formanlaw.com
Proposed Special Counsel for Barbara A. Edwards,
Chapter 7 Trustee

Case No.:  13-17450 (VFP)

_____

In Re:

BENJAMIN JEFFERY ASHMORE,

                              Debtor.

Chapter:  7

Judge:      Vincent F. Papalia

Hearing Date:  January 12, 2016
                            At 10:00 a.m.

## CERTIFICATION OF SERVICE

1.      I, Christania F. Cirillo:

☐ represent the_____ in the above-captioned matter.

☒  am the secretary/paralegal for Michael E. Holt, Proposed Special Counsel for Barbara

A. Edwards in the above captioned matter.

☐ am the _____ in the above case and am representing myself.

2.      On December 16, 2015, I sent a copy of the following pleadings and/or documents to the

parties listed in the chart below:

1.   Motion to Reopen Case;

2.   Certification of Barbara A. Edwards in Support of Motion;

3.   Memorandum of Law in Support of Motion; and

4.  Proposed form of Order.

3.      I hereby certify under penalty of perjury that the above documents were sent using the

mode of service indicated.


Dated:  December 16, 2015                           */s/ Christania F. Cirillo*
                                                      Christania F. Cirillo

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Office of the United States Trustee | United States Trustee | ☐ Hand-delivered<br>☐ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Benjamin J. Ashmore<br>70 Alder Drive<br>Ramsey, New Jersey 07446 | Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |
| Patricia Staiano, Esq.<br>Hellring, Lindeman, Goldstein & Siegal<br>One Gateway Center<br>Newark, New Jersey 07102 | Attorney for the Debtor | ☐ Hand-delivered<br>☒ Regular Mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by court*) |