Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 13−17450−VFP
        Chapter: 7
        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Benjamin Jeffery Ashmore
   70 Alder Drive
   Ramsey, NJ 07446

Social Security No.:
   xxx−xx−0867

Employer's Tax I.D. No.:

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 2/16/16 at 10:00 AM

to consider and act upon the following:

*36* − Application for Attorney Zachary D. Fasman to Appear Pro Hac Vice Filed by Irena M. Goldstein on behalf of CGI Group Inc. and CGI Federal Inc.. Objection deadline is 1/26/2016. (Goldstein, Irena)

*39* − Response to (related document:36 Application for Attorney Zachary D. Fasman to Appear Pro Hac Vice Filed by Irena M. Goldstein on behalf of CGI Group Inc. and CGI Federal Inc.. Objection deadline is 1/26/2016. filed by Interested Party CGI Group Inc. and CGI Federal Inc.) filed by Patricia A. Staiano on behalf of Benjamin Jeffery Ashmore. (Staiano, Patricia)


Dated: 1/22/16

        James J. Waldron
        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 13-17450-VFP
Benjamin Jeffery Ashmore                                                Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1           Date Rcvd: Jan 22, 2016
                              Form ID: ntchrgbk        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2016.
db              +Benjamin Jeffery Ashmore,    70 Alder Drive,    Ramsey, NJ 07446-2307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2016 at the address(es) listed below:
              Barbara   Edwards    on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com
              Barbara   Edwards    bedwardstrustee@aol.com,  NJ48@ecfcbis.com
              Irena M. Goldstein    on behalf of Interested Party    CGI Group Inc. and CGI Federal Inc.
               igoldstein@proskauer.com
              Michael E. Holt    on behalf of Trustee Barbara  Edwards mholt@formanlaw.com
              Patricia A. Staiano    on behalf of Debtor Benjamin Jeffery Ashmore pstaiano@hlgslaw.com,
               pstaiano@hlgslaw.com
              Robert W. Mopsick    on behalf of Interested Party    United States of America, Internal Revenue
               Service Robert.W.Mopsick@IRSCOUNSEL.TREAS.GOV
                                                                                             TOTAL: 6