HELLRING LINDEMAN GOLDSTEIN & SIEGAL LLP
Patricia A. Staiano, Esq.
Robert S. Raymar, Esq.
Attorneys for Former Debtor Benjamin Jeffery Ashmore
One Gateway Center
Newark, New Jersey 07102-5323
973.621.9020

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

BENJAMIN JEFFERY ASHMORE,

Debtor.

Case No. 13-17450 (VFP)

Chapter 7 Proceeding

Honorable Vincent F. Papalia

**CERTIFICATION OF SERVICE**

1. I, Patricia A. Staiano:

☒ represent Benjamin Jeffery Ashmore, Former Debtor in the above-captioned matter.

☐ am the secretary/paralegal for _____, who represents _____ in the above-captioned matter.

☐ am the _____ in the above case and am representing myself.

2. On March 7, 2016, or one business day thereafter, I sent a copy of the following pleadings and/or documents to the parties listed in the attached chart: Brief of Former Debtor Benjamin Jeffery Ashmore, Supplemental Declaration of Robert L. Herbst and Supplemental Declaration of Benjamin Jeffery Ashmore.

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: March 7, 2016

/s/ Patricia A. Staiano
Patricia A. Staiano

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service | |
|---|---|---|---|
| Barbara Edwards, Esq.<br>Muscarella, Bochet, Edwards & D'Alessandro<br>10-04 River Road<br>Fair Lawn, NJ 07410 | | ☐<br>☐<br>☐<br>☐<br>☒<br>☐ | Hand-delivered<br>Regular mail<br>Certified Mail/RR<br>Email<br>Notice of Electronic Filing (NEF)<br>Other (as authorized by the court*) |
| Michael Holt, Esq.<br>Forman Holt Eliades & Youngman LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652 | | ☐<br>☐<br>☐<br>☒<br>☒<br>☐ | Hand-delivered<br>Regular mail<br>Certified Mail/RR<br>Email<br>Notice of Electronic Filing (NEF)<br>Other (as authorized by the court*) |
| Martha Hildebrandt, AUST<br>Office of the United States Trustee<br>Office of the United States Trustee<br>One Newark Center, Suite 2100<br>Newark, New Jersey 07102 | | ☐<br>☐<br>☐<br>☒<br>☐<br>☐ | Hand-delivered<br>Regular mail<br>Certified Mail/RR<br>Email<br>Notice of Electronic Filing (NEF)<br>Other (as authorized by the court*) |
| Irena Goldstein, Esq.<br>Zachary Fasman, Esq.<br>Andrew Schnetzel, Esq.<br>Proskauer Rose LLP<br>Eleven Times Square<br>New York, NY 10036-8299 | | ☐<br>☒<br>☐<br>☒<br>☐<br>☐ | Hand-delivered<br>Regular mail<br>Certified Mail/RR<br>Email<br>Notice of Electronic Filing (NEF)<br>Other (as authorized by the court*) |
| Robert Herbst, Esq.<br>Herbst Law PLLC<br>420 Lexington Avenue, Suite 300<br>New York, NY 10170 | | ☐<br>☒<br>☐<br>☒<br>☐<br>☐ | Hand-delivered<br>Regular mail<br>Certified Mail/RR<br>Email<br>Notice of Electronic Filing (NEF)<br>Other (as authorized by the court*) |

\* May account for service by fax or other means as authorized by the Court through the issuance of an Order Shortening Time.

*rev.8/1/15*

61976