| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>FORMAN HOLT ELIADES<br>& YOUNGMAN LLC<br>80 Route 4 East, Suite 290<br>Paramus, New Jersey 07652<br>(201) 845-1000<br>Michael E. Holt, Esq.<br>mholt@formanlaw.com<br>Proposed Special Counsel for Barbara A. Edwards,<br>Chapter 7 Trustee | Order Filed on March 23, 2016<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>BENJAMIN JEFFERY ASHMORE,<br><br>                              Debtor. | Case No.: 13-17450 (VFP)<br><br>Chapter: 7<br><br>Judge: Vincent F. Papalia<br><br>Hearing Date: March 15, 2016<br>                          At 11:00 a.m. |

## ORDER REOPENING CHAPTER 7 CASE AND DIRECTING APPOINTMENT OF A TRUSTEE

The relief set forth on the following pages numbered two (2) through three (3) are hereby ORDERED.

DATED: March 23, 2016

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

00560586 - 1

PAGE        2
DEBTOR:     BENJAMIN JEFFERY ASHMORE,
CASE NO.:   CASE NO. 13-17450 (VFP)

ORDER REOPENING CHAPTER 7 CASE AND DIRECTING APPOINTMENT OF A TRUSTEE

---

THIS MATTER having been brought before the Court upon the motion to reopen the captioned chapter 7 case [Doc. No. 37] filed by Barbara A. Edwards, the former trustee (the "Trustee") herein, through her proposed special counsel, Forman Holt Eliades & Youngman LLC; and the Court having considered the Trustee's moving papers, the limited objection [Doc. No. 37] of CGI Group, Inc. and CGI Federal, Inc. (collectively "CGI"), the opposition [Doc. No. 60] of Benjamin Jeffery Ashmore ("the Debtor"), and the Trustee's response thereto [Doc. No. 62]; and the Court having further considered all of the pleadings and documents contained on the record in the captioned Chapter 7 case; and it appearing to the Court that it is necessary, appropriate and in the best interests of creditors that the captioned Chapter 7 case be reopened and that a trustee be appointed to administer the estate's interest, if any, in a lawsuit brought by the debtor against CGI in the United States District Court for the Southern District of New York in Docket No. 11-cv-8611-AT (the "Sarbanes Oxley Litigation") and the estate's interest in a settlement between the Debtor and CleanEdison, Inc. (the "CleanEdison Settlement"); and for the reasons set forth on the record at the hearing in the above matter on March 15, 2016 commencing at 11:00 a.m., including, but not limited to, the Court's oral opinion on the record at that hearing; and for good cause shown, it is

ORDERED as follows:

1.  The captioned Chapter 7 case is reopened for the limited purpose of administering the Sarbanes Oxley Litigation and the CleanEdison Settlement.

PAGE 3
DEBTOR: BENJAMIN JEFFERY ASHMORE,
CASE NO.: CASE NO. 13-17450 (VFP)

ORDER REOPENING CHAPTER 7 CASE AND DIRECTING APPOINTMENT OF A TRUSTEE

---

2. Nothing contained herein shall be considered a determination of the estate's interest, if any, in the Sarbanes Oxley Litigation.

3. The Office of the United States Trustee shall appoint a trustee in the reopened Chapter 7 case.