Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 13−17450−VFP
                        Chapter: 7
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Benjamin Jeffery Ashmore
   70 Alder Drive
   Ramsey, NJ 07446

Social Security No.:
   xxx−xx−0867

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on March 24, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 65 − 34
Order Granting Motion To Reopen Case and Directing the Appointment of a Trustee re: for the limited purpose of administering the Sarbanes Oxley Litigation and the CleanEdison Settlement. (Related Doc # 34). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/23/2016. Closing Review date is 6/24/2016. (jf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 24, 2016
JJW: jf

                                                                                     James J. Waldron
                                                                                     Clerk