OFFICE OF THE UNITED STATES TRUSTEE
ANDREW R. VARA
ACTING UNITED STATES TRUSTEE, REGION 3
One Newark Center, Suite 2100
Newark, NJ 07102
Telephone: (973) 645-3014
Fax: (973) 645-5993

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | : |
| | : |
| Benjamin Jeffrey Ashmore, | : Chapter 7 |
| | : Case No.: 13-17450(VFP) |
| Debtor. | : |
| | : |

TO:   Barbara Edwards, Esq.
      Muscarella,Bochet,Edwards & D'Alessandro, P.C.
      10-04 River Road
      Fair Lawn, NJ 07410

NOTICE OF APPOINTMENT OF CHAPTER 7 TRUSTEE

The Acting United States Trustee hereby appoints Barbara Edwards, Esq., to serve as chapter 7 trustee of the above-captioned, reopened bankruptcy estate. If she cannot qualify, the trustee is required to notify the United States Trustee of her rejection of this appointment in writing within five days of receipt of this notice.

                            ANDREW R. VARA
                            ACTING UNITED STATES TRUSTEE
                            REGION 3

                    By:    /s/ *Martha R. Hildebrandt*
                            Martha R. Hildebrandt
                            Assistant United States Trustee

DATED: March 24, 2016