Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

          Case No.: 13−17450−VFP
          Chapter: 7
          Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Benjamin Jeffery Ashmore
   70 Alder Drive
   Ramsey, NJ 07446

Social Security No.:
   xxx−xx−0867

Employer's Tax I.D. No.:

## NOTICE OF JUDGMENT OR ORDER
**Pursuant to Fed. R. Bankr. P. 9022**

     Please be advised that on March 24, 2016, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 65 − 34
Order Granting Motion To Reopen Case and Directing the Appointment of a Trustee re: for the limited purpose of administering the Sarbanes Oxley Litigation and the CleanEdison Settlement. (Related Doc # 34). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 3/23/2016. Closing Review date is 6/24/2016. (jf)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: March 24, 2016
JJW: jf

                                                                 James J. Waldron
                                                                 Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Benjamin Jeffery Ashmore  
    Debtor  

Case No. 13-17450-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Mar 24, 2016  
                Form ID: orderntc    Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2016.
```
db          +Benjamin Jeffery Ashmore,    70 Alder Drive,    Ramsey, NJ 07446-2307
aty          Zachary D. Fasman,    PROSKAUER ROSE LLP,    Eleven Times Square,    New York, NY 10036-8299
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2016                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2016 at the address(es) listed below:
```
              Barbara    Edwards     on behalf of Trustee Barbara    Edwards bedwardstrustee@aol.com
              Barbara    Edwards      bedwardstrustee@aol.com,    NJ48@ecfcbis.com
              Irena M. Goldstein     on behalf of Interested Party     CGI Group Inc. and CGI Federal Inc.
               igoldstein@proskauer.com
              Michael E. Holt     on behalf of Trustee Barbara    Edwards mholt@formanlaw.com
              Patricia A. Staiano     on behalf of Debtor Benjamin Jeffery Ashmore pstaiano@hlgslaw.com,
               pstaiano@hlgslaw.com
              Robert W. Mopsick     on behalf of Interested Party    United States of America, Internal Revenue
               Service Robert.W.Mopsick@IRSCOUNSEL.TREAS.GOV
                                                                                             TOTAL: 6
```