| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY |
|---|
| FORMAN HOLT ELIADES & YOUNGMAN LLC<br>80 Route 4 East, Suite 290<br>Paramus, New Jersey 07652<br>(201) 845-1000<br>Michael E. Holt, Esq.<br>mholt@formanlaw.com<br>Proposed Special Counsel for Barbara A. Edwards, Chapter 7 Trustee |
| In Re:<br><br>BENJAMIN JEFFERY ASHMORE,<br><br>      Debtor. |

Order Filed on March 23, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 13-17450 (VFP)

Chapter: 7

Judge: Vincent F. Papalia

Hearing Date: March 15, 2016
      At 11:00 a.m.

## ORDER REOPENING CHAPTER 7 CASE AND DIRECTING APPOINTMENT OF A TRUSTEE

The relief set forth on the following pages numbered two (2) through three (3) are hereby ORDERED.

**DATED: March 23, 2016**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

00560586 - 1

PAGE       2
DEBTOR:    BENJAMIN JEFFERY ASHMORE,
CASE NO.:  CASE NO. 13-17450 (VFP)

ORDER REOPENING CHAPTER 7 CASE AND DIRECTING APPOINTMENT OF A TRUSTEE

---

THIS MATTER having been brought before the Court upon the motion to reopen the captioned chapter 7 case [Doc. No. 37] filed by Barbara A. Edwards, the former trustee (the "Trustee") herein, through her proposed special counsel, Forman Holt Eliades & Youngman LLC; and the Court having considered the Trustee's moving papers, the limited objection [Doc. No. 37] of CGI Group, Inc. and CGI Federal, Inc. (collectively "CGI"), the opposition [Doc. No. 60] of Benjamin Jeffery Ashmore ("the Debtor"), and the Trustee's response thereto [Doc. No. 62]; and the Court having further considered all of the pleadings and documents contained on the record in the captioned Chapter 7 case; and it appearing to the Court that it is necessary, appropriate and in the best interests of creditors that the captioned Chapter 7 case be reopened and that a trustee be appointed to administer the estate's interest, if any, in a lawsuit brought by the debtor against CGI in the United States District Court for the Southern District of New York in Docket No. 11-cv-8611-AT (the "Sarbanes Oxley Litigation") and the estate's interest in a settlement between the Debtor and CleanEdison, Inc. (the "CleanEdison Settlement"); and for the reasons set forth on the record at the hearing in the above matter on March 15, 2016 commencing at 11:00 a.m., including, but not limited to, the Court's oral opinion on the record at that hearing; and for good cause shown, it is

ORDERED as follows:

1.     The captioned Chapter 7 case is reopened for the limited purpose of administering the Sarbanes Oxley Litigation and the CleanEdison Settlement.

PAGE 3
DEBTOR: BENJAMIN JEFFERY ASHMORE,
CASE NO.: CASE NO. 13-17450 (VFP)

ORDER REOPENING CHAPTER 7 CASE AND DIRECTING APPOINTMENT OF A TRUSTEE

---

2. Nothing contained herein shall be considered a determination of the estate's interest, if any, in the Sarbanes Oxley Litigation.

3. The Office of the United States Trustee shall appoint a trustee in the reopened Chapter 7 case.

United States Bankruptcy Court
District of New Jersey

In re:  
Benjamin Jeffery Ashmore  
      Debtor

Case No. 13-17450-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 1 | Date Rcvd: Mar 24, 2016 |
|---|---|---|---|
| | Form ID: pdf903 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2016.
db         +Benjamin Jeffery Ashmore,   70 Alder Drive,   Ramsey, NJ 07446-2307

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 26, 2016                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2016 at the address(es) listed below:
         Barbara  Edwards   on behalf of Trustee Barbara  Edwards bedwardstrustee@aol.com
         Barbara  Edwards   bedwardstrustee@aol.com, NJ48@ecfcbis.com
         Irena M. Goldstein   on behalf of Interested Party   CGI Group Inc. and CGI Federal Inc.
          igoldstein@proskauer.com
         Michael E. Holt   on behalf of Trustee Barbara  Edwards mholt@formanlaw.com
         Patricia A. Staiano   on behalf of Debtor Benjamin Jeffery Ashmore pstaiano@hlgslaw.com,
          pstaiano@hlgslaw.com
         Robert W. Mopsick   on behalf of Interested Party   United States of America, Internal Revenue
          Service Robert.W.Mopsick@IRSCOUNSEL.TREAS.GOV
                                                                                                 TOTAL: 6