# U.S. Department of Justice
# United States Trustee
*Districts of Delaware and New Jersey*

## NOTICE TO THE UNITED STATES TRUSTEE OF CHANGE OF NO-ASSET CHAPTER 7 TO CASE TO ASSET UNDER CHAPTER 7

The following No-Asset Chapter 7 case should be designated as an Asset Chapter 7 case:

**NAME OF CASE:**  ASHMORE, Benjamin Jeffrey

**CASE NUMBER:**  13-17450-VFP

**AMOUNT OF FUNDS ON HAND:**

IF THERE ARE NO FUNDS ON HAND, BUT ASSETS THAT WILL PRODUCE FUNDS FOR THIS ESTATE, INDICATE ACTUAL OR ESTIMATE VALUE OF THE ASSETS:

**ACTUAL VALUE:**

**ESTIMATED VALUE:**  UNKNOWN AT THIS TIME

**OTHER INFORMATION RELATING TO STATUS OF CASE:**

Signature of Trustee:  */s/ Barbara A. Edwards*          March 29, 2016
**NAME OF TRUSTEE**:       Barbara A. Edwards       **Dated:**