**FORM NOA** (Notice of Assets and Deadline to File Proof of Claim)

# NOTICE OF ASSETS AND DEADLINE TO FILE PROOF OF CLAIM

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102
Telephone number: 973−645−4764

Honorable Vincent F. Papalia, U.S. Bankruptcy Judge

| **CASE NUMBER:** 13−17450−VFP | **DATE FILED::** 4/8/13 |
|---|---|
| In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br>Benjamin Jeffery Ashmore<br>xxx−xx−0867 | ADDRESS OF DEBTOR(S):<br><br>70 Alder Drive<br>Ramsey, NJ 07446 |
| DEBTOR'S ATTORNEY:<br>Patricia A. Staiano<br>Hellring, Lindeman, Goldstein & Siegal<br>One Gateway Center, 8th Floor<br>Newark, NJ 07102<br><br>973−621−9020 | TRUSTEE:<br>Barbara Edwards<br>Muscarella,Bochet,Edwards & D'Alessandro<br>10−04 River Road<br>Fair Lawn, NJ 07410<br>(201) 796−3100 |

It appeared from the schedules when this case was filed that there were no assets from which dividends could be paid to creditors as indicated on the Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines.

It now appears that the payment of a dividend may be possible. Pursuant to Bankruptcy Rule 3002(c)(5), the last day for filing claims is fixed as:

6/27/16

Government Units are allowed 180 days from the date of order for relief, or the above date, whichever is later. 11 U.S.C. §502(b)(9)

Except as otherwise provided by law, in order to share in any payment from the estate, a creditor must file a proof of claim by the date set forth above. The place to file the proof of claim is the office of the Clerk of the Bankruptcy Court.

A Proof of Claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 10") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. If you do not file a Proof of Claim by the last day to file a proof of claim listed on the front side, you might not be paid any money on your claim from other assets in the bankruptcy case. To be paid you must file a Proof of Claim even if your claim is listed in the schedules filed by the debtor. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. Filing Deadline for a Creditor with a Foreign Address: The deadlines for filing claims set forth on the front of this notice apply to all creditors. If this notice has been mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.

**IF A CLAIM WAS PREVIOUSLY SUBMITTED, IT IS NOT NECESSARY TO FILE ANOTHER ONE.**

Dated: March 30, 2016                                   FOR THE COURT
                                                        James J. Waldron, Clerk

FORM NOA Rev. 2/96

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 13-17450-VFP
Benjamin Jeffery Ashmore                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Mar 30, 2016
                              Form ID: noa             Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2016.
```
db            +Benjamin Jeffery Ashmore,    70 Alder Drive,    Ramsey, NJ 07446-2307
aty            Zachary D. Fasman,    PROSKAUER ROSE LLP,    Eleven Times Square,    New York, NY 10036-8299
513823978     +Ally Financial,    c/o PSAK,    127 Union Ave,    Middlesex, NJ 08846-1039
513823997     +Anne Sheppard,    c/o Zimmerer, Conrad,    Park 80 West, Plaza Two,    250 Pehle Ave, Suite 108,
                Saddle Brook, NJ 07663-5832
513823982     +Brad Nacht,    26 Court Street, #1805,    Brooklyn, NY 11242-1118
513823981     +Danielle Petitti,    Fersch Petitti,    11 Broadway, #415,    New York, NY 10004-1382
513823990      Household Bank,    P.O. Box 800084,    Salinas, CA 93912
513823980     +Howard Yagerman,    Burger, Yagerman& Green,    420 Lexington Ave.,    Ste. 830,
                New York, NY 10170-0808
513824001     +Michael D. Ritigstein,    132 Kings Highway E,    Suite 105,    Haddonfield, NJ 08033-2008
513824000     +New York City,    Department of Finance,    Cadman Plaza Station,    P.O. Box 29021,
                Brooklyn, NY 11202-9021
513823993     +Nyack Hospital,    c/o Mark L. Nichter,    44 S. Broadway,    White Plains, NY 10601-4425
513823994     +The Valley Hospital,    c/o Celentano,    135 Route 46 East,    P.O. Box 2594,
                Clifton, NJ 07015-2594
513823977     +US Department of Education,    c/o Great Lakes,    P.O. Box 530229,    Atlanta, GA 30353-0229
513823983     +Vanz, LLC,    c/o Fein, Such,    7 Century Drive, Ste 201,    Parsippany, NJ 07054-4609
513823998      Washington Mututal,    P.O. Box 2437,    Chatsworth, CA 91313
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: leah.bynon@usdoj.gov Mar 30 2016 22:55:15     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 30 2016 22:55:11     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
513823987     +EDI: AMEREXPR.COM Mar 30 2016 22:38:00      American Express,    P.O. Box 981537,
                El Paso, TX 79998-1537
513823985     +E-mail/Text: bankruptcy@cavps.com Mar 30 2016 22:55:32      Bank of Ameica,
                c/o Calvary Portfolio Services,    P.O. Box 1017,    Hawthorne, NY 10532-7504
513823986     +EDI: BANKAMER2.COM Mar 30 2016 22:38:00      Bank of America,    P.O. Box 25118,
                Tampa, FL 33622-5118
513823991     +EDI: CAPITALONE.COM Mar 30 2016 22:38:00      Capital One,    PO Box 30281,
                Salt Lake City, UT 84130-0281
513823988     +EDI: CHASE.COM Mar 30 2016 22:38:00      Chase,    Post Office Box 15298,
                Wilmington, DE 19850-5298
513823989     +EDI: CHASE.COM Mar 30 2016 22:38:00      Chase,    Northeast Market,    P.O. Box 260180,
                Baton Rouge, LA 70826-0180
513823992      EDI: RCSDELL.COM Mar 30 2016 22:38:00      Dell Financial Services,    P.O. Box 81577,
                Austin, TX 78708
513823996      EDI: IRS.COM Mar 30 2016 22:38:00      Internal Revenue Service,    Department of the Treasury,
                Internal Revenue Service,    Andover, MA 01810
513823995      EDI: JEFFERSONCAP.COM Mar 30 2016 22:38:00      Jefferson Capital,    16 McLeland Rd,
                St. Cloud, MN 56303
513823999     +EDI: MID8.COM Mar 30 2016 22:38:00      Midland Funding LLC,    8875 Aero Drive,    Suite 200,
                San Diego, CA 92123-2255
                                                                                              TOTAL: 12
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
513823984     ##+Dr. Jeffery Cooper,    42 N. Franklin Turnpike,    Ramsey, NJ 07446-2034
513823979     ##+Kelly Ashmore,    1589 Oakcrest Drive,    Troy, MI 48083-5337
                                                                                      TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2016                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin              Page 2 of 2              Date Rcvd: Mar 30, 2016
                              Form ID: noa             Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 29, 2016 at the address(es) listed below:

```
          Barbara    Edwards     on behalf of Trustee Barbara    Edwards bedwardstrustee@aol.com
          Barbara    Edwards    bedwardstrustee@aol.com,  NJ48@ecfcbis.com
          Irena M. Goldstein     on behalf of Interested Party    CGI Group Inc. and CGI Federal Inc.
           igoldstein@proskauer.com
          Michael E. Holt    on behalf of Trustee Barbara    Edwards mholt@formanlaw.com
          Patricia A. Staiano     on behalf of Debtor Benjamin Jeffery Ashmore pstaiano@hlgslaw.com,
           pstaiano@hlgslaw.com
          Robert W. Mopsick    on behalf of Interested Party    United States of America, Internal Revenue
           Service Robert.W.Mopsick@IRSCOUNSEL.TREAS.GOV
                                                                                             TOTAL: 6
```