UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
One University Plaza, Suite 412
Hackensack, New Jersey 07601
Telephone: (201) 705-1470
Facsimile: (201) 705-1472

Co-Counsel to Debtor Benjamin Jeffrey Ashmore

In Re:

BENJAMIN JEFFREY ASHMORE,

Debtor.

Case No.: 13-17450
Chapter: 7
Adv. No.:
Hearing Date:
Judge: VFP

## CERTIFICATION OF SERVICE

1. I, Moshie Solomon :

   ☒ represent Debtor Benjamin Jeffrey Ashmore in the this matter.

   ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

   ☐ am the _____ in the this case and am representing myself.

2. On April 5, 2016, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   1. Notice of Motion for Order (1) Determining that a Certain Asset was Abandoned to Debtor, and (2) in the Alternative, Converting this Chapter 7 Case to a Chapter 11 Case
   2. Memorandum of Law in Support of Motion
   3. Certifications of Benjamin Ashmore and Robert L. Herbst, Esq. in Support of Motion

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 5, 2016

/s/ Moshie Solomon
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Barbara Edwards, Esq.<br>Muscarella, Bochet, Edwards & D'Alessandro<br>10-04 River Road<br>Fair Lawn, NJ 07410 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Office of the United States Trustee<br>One Newark Center<br>1085 Raymond Boulevard<br>Suite 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| Michael Holt, Esq.<br>Forman Holt Eliades & Youngman LLC<br>80 Route 4 East, Suite 290<br>Paramus, NJ 07652 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>   (as authorized by the court *) |