| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FORMAN HOLT<br>66 Route 17 North, First Floor<br>Paramus, NJ  07652<br>Telephone:  (201) 845-1000<br>Facsimile:  (201) 655-6650<br>Michael E. Holt, Esq.<br>mholt@formanlaw.com<br>Special Counsel for Barbara A. Edwards, Chapter 7 Trustee | |
| In Re:<br><br>BENJAMIN JEFFERY ASHMORE,<br><br>                    Debtor. | Case No.:   13-17450 (VFP)<br><br>Chapter:    7<br>Judge:      Vincent F. Papalia<br><br>Hearing Date: September 26, 2017<br>Hearing Time: 10:00 a.m. |

### NOTICE OF MOTION FOR ENTRY OF AN ORDER AUTHORIZING (1) SETTLEMENT AND (2) AUTHORIZING ABANDONMENT

**PLEASE TAKE NOTICE** that on September 26, 2017 at 10:00 a.m. or as soon thereafter as counsel may be heard, Barbara A. Edwards, chapter 7 trustee (the "Trustee") for Benjamin Jeffery Ashmore (the "Debtor"), shall move before the Honorable Vincent F. Papalia, United States Bankruptcy Judge, at the United States Bankruptcy Court, 50 Walnut Street, Newark, New Jersey 07102, for entry of an Order (1) approving settlement and (2) authorizing the abandonment of property of the estate.

      **PLEASE TAKE FURTHER NOTICE** that in support of the Trustee's motion, the undersigned shall rely on the certification of Barbara A. Edwards, the chapter 7 trustee and memorandum of law submitted herewith.

F0002311 - 1

**PLEASE TAKE FURTHER NOTICE** that pursuant to D.N.J. LBR 9013-2(a)(2)(i), responsive papers, if any, must be filed with the Clerk of the Bankruptcy Court, P.O. Box 1352, Newark, New Jersey, 07101-1352, and served upon Forman Holt, attorneys for the Trustee, Attn: Michael E. Holt, Esq., 66 Route 17 North, First Floor, Paramus, NJ 07652, no later than seven days prior to the return date of the within motion.

**PLEASE TAKE FURTHER NOTICE** that unless an objection is timely filed and served, the motion shall be deemed uncontested in accordance with D.N.J. LBR 9013-3(d) and the relief may be granted without a hearing.

FORMAN HOLT
Special Counsel for Barbara A. Edwards,
Chapter 7 Trustee

Dated: September 5, 2017

*/s/ Michael E. Holt*
Michael E. Holt