UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FORMAN HOLT
66 Route 17 North, First Floor
Paramus, NJ 07652
Telephone : (201) 845-1000
Facsimile :  (201) 655-6650
Erin J. Kennedy, Esq.
ekennedy@formanlaw.com
Special Counsel for Barbara A. Edwards,
Chapter 7 Trustee

Order Filed on September 12, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

BENJAMIN JEFFREY ASHMORE

　　　　　　　Debtor.

Chapter 7
Case No. 13-17450 (VFP)

Judge:  Vincent F. Papalia

Hearing Date:  August 14, 2018
Hearing Time: 2:00 p.m.

### ORDER GRANTING FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES TO FORMAN HOLT ATTORNEYS FOR <u>BARBARA A. EDWARDS, CHAPTER 7 TRUSTEE</u>

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 12, 2018**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

F0025556 - 1

**(Page 2)**

| | |
|---|---|
| Debtor: | Benjamin Jeffrey Ashmore |
| Case No: | 13-17450 (VFP) |
| Caption of Order: | Order Granting First Interim Compensation and Reimbursement of Expenses to Forman Holt, Attorneys for Barbara A. Edwards, Chapter 7 Trustee |

**THIS MATTER** having been opened to the Court upon the Application of Forman Holt for first interim compensation and reimbursement of expenses, and the Court having considered the Application and all objections thereto, if any, and notice and an opportunity for a hearing were given to all creditors and parties in interest as required under Rule 2002 of the Federal Rules of Bankruptcy Procedure; and for good cause shown; it is hereby

**ORDERED** as follows:

1. Forman Holt be and hereby is awarded first interim compensation for services rendered in the amount of $ 23,100.00 and reimbursement of expenses in the amount of $ 196.82 .

2. The Trustee be and hereby is authorized to pay Forman Holt the amounts awarded hereunder upon entry of this order.

F0025556 - 1