UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Moshie Solomon, Esq.
LAW OFFICES OF MOSHIE SOLOMON, P.C.
One University Plaza, Suite 412
Hackensack, New Jersey 07601
Telephone: (201) 705-1470
Facsimile: (201) 705-1472

Co-Counsel to Debtor Benjamin Jeffrey Ashmore

In Re:

BENJAMIN JEFFREY ASHMORE,

Debtor.

Case No.: 13-17450
Chapter: 7
Hearing Date: November 6, 2018
Judge: Papalia

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☐ Settled    ☒ Withdrawn

Matter: Debtor's Objection Pursuant to 11 U.S.C. 502(b) and Fed. R. Bankr. P. 3007 to the Allowance of Claim Number 1-4 Filed By The Department Of Treasury – Internal Revenue Service (Doc. No. 175)

Date: 11/2/18

/s/ Moshie Solomon
Signature

rev.8/1/15